1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
9    United States of America,              )   CR 12-1839-TUC-RCC(JR)
                                            )
10                Plaintiff,                )   **ORDER**
                                            )
11   vs.                                    )
                                            )
12                                          )
     Luis Richard Sigueiros,               )
13                                          )
                  Defendant.                )
14                                          )
                                            )
15
16
17          The Court having considered and reviewed the Magistrate Judge's Report and
18   Recommendation and the Government's objections thereto,
19          **IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation
20   (Doc. 44).
21          **IT IS FURTHER ORDERED GRANTING** Defendant Siqueiros' Motion to
22   Suppress (Doc. 22).
23          DATED this 25th day of June, 2013.
24
25
26                                        _____
27                                              Raner C. Collins
                                            United States District Judge
28   *mg*